1  ALVERSON, TAYLOR, MORTENSEN & SANDERS
   SEETAL TEJURA, ESQ. (#008284)
2  7401 W. Charleston Boulevard
   Las Vegas, Nevada  89117
3  (702) 384-7000 / (702) 385-7000 Facsimile
   efile@alversontaylor.com
4  Attorneys for Defendant
   JEANNINE N. MOSSER, incorrectly
5  named as JEANNINE J. MOSSER

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

~*~

| MICHAEL M. PARKER, | Case No. 2:11-CV-0443-PMP-RJJ |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND THE TIME FOR DEFENDANTS LAS VEGAS METROPOLITAN POLICE DEPARTMENT, SHERIFF DOUGLAS GILLESPIE AND JEANNINE N. MOSSER, incorrectly named as JEANNINE J. MOSSER TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; JOSEPH SAVLATORE, an individual; JEANNINE J. MOSSER, an individual; SHERIFF DOUGLAS C. GILLESPIE; DOES 1 - 20; and ROE CORPORATIONS 1 - 10, inclusive, | |
| Defendants. | **(FIRST REQUEST)** |

       COMES NOW Plaintiff, MICHAEL M. PARKER, by and through his current attorneys of record, Bradley S. Mainor, Esq. and Joseph J. Wirth, Esq. of the law office of Mainor Eglet; Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT AND SHERIFF DOUGLAS GILLESPIE, by and through their attorney Tom Dillard, Jr., Esq. of the law office of Olson, Cannon, Gormley & Desruisseaux; and Defendant, JEANNINE N. MOSSER, incorrectly named as JEANNINE J. MOSSER, by and through her attorneys of record, Seetal Tejura, Esq. of the law office of Alverson, Taylor, Mortensen & Sanders, hereby stipulate and agree that an

extension of time is given to Defendants, LAS VEGAS METROPOLITAN POLICE DEPARTMENT, SHERIFF DOUGLAS GILLESPIE, and JEANNINE N. MOSSER, incorrectly named as JEANNINE J. MOSSER, to answer or otherwise plead to Plaintiff's Complaint on file herein until ten (10) days after the entry of a decision on Plaintiff's Counsel's Motion to Withdraw as counsel of record.  The deadline for the Las Vegas Metropolitan Police Department and Sheriff Douglas Gillespie to file a response to the Complaint is arguably March 27, 2011, while Jeannine Mosser's deadline is arguably March 29, 2011.

### A. PROCEDURAL HISTORY OF CASE AND BASIS FOR THIS STIPULATION

On November 16, 2010, Plaintiff filed a Complaint in the Eighth Judicial District Court, Clark County, Nevada at Docket No. A-10-629472-C.  On March 1, 2011, Plaintiff's Counsel filed its Motion to Withdraw as Counsel of Record for Plaintiff.  On March 7, 2011, the Las Vegas Metropolitan Police Department and Sheriff Douglas Gillespie were served with the Summons, Complaint and Motion to Withdraw as Counsel of Record.  On March 9, 2011, Defendant, Jeannine N. Mosser, incorrectly named as Jeannine J. Mosser, was personally served with a copy of the Summons, Complaint and Motion to Withdraw as Counsel of Record.  On March 24, 2011, Defendants Las Vegas Metropolitan Police Department and Sheriff Gillespie filed a Notice of Removal of Civil Action to this Court. (Doc. No. 1).  On March 25, 2011, Jeannine Mosser filed her Joinder to the Notice of Removal.  (Doc. No. 4).

All counsel have agreed that that the deadline for the Las Vegas Metropolitan Police Department, Sheriff Douglas Gillespie, and Jeannine Mosser to answer or otherwise plead to the Complaint would be extended from their currently respective deadlines to ten (10) days after the entry of a decision of the Motion to Withdraw as Counsel (Doc. No. 1 at Exhibit C).  The parties now seek to have the Court approve this extension.  This extension is being submitted in good

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

1  faith and is not for the purpose of causing any undue delay.

2  DATED this 28th day of March, 2011                    DATED this 28th day of March, 2011

3  MAINOR EGLET                                                     ALVERSON, TAYLOR, MORTENSEN
                                                                       & SANDERS

By   __/s/ Joseph J. Wirth_____           By   __/s/ Seetal Tejura_____
    BRADLEY S. MAINOR, ESQ. (#007434)           SEETAL TEJURA, ESQ. (#008284)
    JOSEPH J. WIRTH, ESQ. (#010280)              7401 W. Charleston Boulevard
    City Center Place                            Las Vegas, Nevada 89117
    400 South Fourth Street, 6th Floor   Attorneys for Defendant
    Las Vegas, Nevada 89101                      JEANNINE N. MOSSER, incorrectly
    Attorneys for Plaintiff                      named as JEANNINE J. MOSSER

DATED this 28th day of March, 2011

OLSON, CANNON, GORMLEY
   & DESRUISSEAUX

By___ __Thomas D. Dillard, Jr._____
THOMAS D. DILLARD, JR., ESQ. (#006271)
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Attorneys for Defendant
LAS VEGAS METROPOLITAN
POLICE DEPARTMENT

## ORDER

This Stipulation is granted. The deadline for the LAS VEGAS METROPOLITAN POLICE DEPARTMENT, SHERIFF DOUGLAS GILLESPIE, and JEANNINE N. MOSSER, incorrectly named as JEANNINE J. MOSSER, to answer or otherwise plead to the Complaint shall be no later than ten (10) days after the entry of a decision of the pending Motion to Withdraw as Counsel filed by Mainor Eglet.

Dated: This __ 29th day of March, 2011.

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE

1  Respectfully submitted by:

2  ALVERSON, TAYLOR, MORTENSEN & SANDERS

3

4  By     /s/ Seetal Tejuta
      SEETAL TEJURA, ESQ. (#008284)
      7401 W. Charleston Boulevard
5        Las Vegas, Nevada  89117
      Attorneys for Defendant
6        JEANNINE N. MOSSER, incorrectly
      named as JEANNINE J. MOSSER

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**ALVERSON, TAYLOR, MORTENSEN & SANDERS**
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

19236-ST
sao extend ans