UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL M. PARKER, | 2:11-CV-00443-PMP-RJJ |
| Plaintiff, | |
| vs. | **ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, A political subdivision of the State of Nevada, JOSEPH SAVLATORE, an individual, JENNINE J. MOSSER, an individual, SHERIFF DOUGLAS C. GILLESPIE, | |
| Defendants. | |

Plaintiff Parker having failed to respond to Defendant Jeannine Mosser's Motion to Dismiss Plaintiff's Complaint (Doc. #13), filed on April 11, 2011, and it further appearing Defendant's Motion (Doc. #13) is entitled to the relief requested on the merits of the Motion, and good cause appearing,

**IT IS ORDERED that** Defendant Jeannine Mosser's Motion to Dismiss Plaintiff's Complaint (Doc. #13) is **GRANTED**.

DATED: April 29, 2011.

_____
PHILIP M. PRO
United States District Judge