UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL M. PARKER,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; JOSEPH SALVATORE; an individual, JEANNIE J. MOSSER, an individual; SHERIFF DOUGLAS C. GILLESPIE,<br><br>Defendants. | 2:11-CV-0443-PMP-RJJ<br><br>**ORDER** |

Before the Court for consideration is Defendant Mosser's Motion for Attorney's Fees (Doc. #19) filed May 13, 2011.  Plaintiff has filed no opposition to Defendant's motion and therefore consents to the relief requested.

**IT IS THEREFORE ORDERED that** Defendant Mosser's Motion for Attorney's Fees (Doc. #19) is **GRANTED** and that Plaintiff Parker shall, within 30 days of the date of the Order, pay to Defendant Mosser the sum of **$3,937.50** as and for Attorneys' Fees.

DATED:  June 16, 2011.

_____
PHILIP M. PRO
United States District Judge