UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL M. PARKER, | 2:11-CV-00443-PMP-RJJ |
| Plaintiff, | |
| v. | **ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | |
| Defendants. | |

Before the Court for consideration is Defendants' Motion for Partial Judgment on the Pleadings (Doc. #20) filed June 9, 2011. Plaintiff has failed to file a timely response, and therefore, consents to the granting of Defendant's motion. Moreover, a review of Defendants' motion for partial judgment on the pleadings shows that Defendants are entitled to the relief requested on the merits.

**IT IS THEREFORE ORDERED** that Defendants' Motion for Partial Judgment on the Pleadings (Doc. #20) is **GRANTED**.

DATED: July 1, 2011.

_____
PHILIP M. PRO
United States District Judge