UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL M. PARKER,<br><br>　　　　Plaintiff,<br>v.<br><br>LAS VEGAS METROPOLITAN<br>POLICE DEPARTMENT, et al.,<br><br>　　　　Defendants. | 2:11-CV-00443-PMP-RJJ<br><br>**ORDER** |

On August 11, 2011, Defendants filed a Motion for Summary Judgment and Motion for Involuntary Dismissal (Docs. #25 & #26). Although advised by the Court of his responsibility to do so, (Docs. #27 & #28), Plaintiff has failed to file a timely opposition to Defendants' Motions. Therefore, Plaintiff consents to the granting of the relief requested by Defendants. Moreover, a review of Defendants' Motions (Docs. #25 & #26) shows that Defendants are entitled to the relief requested on the merits.

**IT IS THEREFORE ORDERED** that Defendant Las Vegas Metropolitan Police Department's Motion for Summary Judgment (Doc. #25) and Motion for Voluntary Dismissal (Doc. #26) are **GRANTED** and that the Clerk of Court shall forthwith enter judgment in favor of Defendants and against Plaintiff.

DATED: September 7, 2011.

_____
PHILIP M. PRO
United States District Judge