UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

MICHAEL M. PARKER,   )   2:11-CV-00443-PMP-RJJ
            Plaintiff,   )
   v.         )   **ORDER**
LAS VEGAS METROPOLITAN   )
POLICE DEPARTMENT, et al.,   )
            Defendants.   )

On August 11, 2011, Defendants filed a Motion for Summary Judgment and Motion for Involuntary Dismissal (Docs. #25 & #26). Although advised by the Court of his responsibility to do so, (Docs. #27 & #28), Plaintiff has failed to file a timely opposition to Defendants' Motions. Therefore, Plaintiff consents to the granting of the relief requested by Defendants. Moreover, a review of Defendants' Motions (Docs. #25 & #26) shows that Defendants are entitled to the relief requested on the merits.

**IT IS THEREFORE ORDERED** that Defendant Las Vegas Metropolitan Police Department's Motion for Summary Judgment (Doc. #25) and Motion for Voluntary Dismissal (Doc. #26) are **GRANTED** and that the Clerk of Court shall forthwith enter judgment in favor of Defendants and against Plaintiff.

DATED: September 7, 2011.

_____
PHILIP M. PRO
United States District Judge